Upon review of all of the competent evidence of record with reference to the errors assigned and considering the briefs and oral arguments presented to the Full Commission, the undersigned find no good grounds to reconsider the evidence, receive further evidence, rehear the parties or their representatives, or to amend the Order of the deputy commissioner. The Full Commission AFFIRMS and ADOPTS the Order of the Deputy Commissioner.
It is THEREFORE ORDERED that plaintiff's motion for sanctions pursuant to N.C. Gen. Stat. § 97-88.1 should be and hereby is DENIED.
This the 16th day of April, 1997.
 S/ _______________________ BERNADINE S. BALLANCE COMMISSIONER
CONCURRING:
S/ _________________ J. HOWARD BUNN, JR. CHAIRMAN
S/ _________________ LAURA K. MAVRETIC COMMISSIONER
BSB:jmf